**In the Matter of BICHEL OPTICAL LAB-ORATORIES, INC., a Minnesota corporation, Alleged Bankrupt.**

**No. 4–68–Bky 1246.**

United States District Court
D. Minnesota,
Fourth Division.

Jan. 29, 1969.

See also D.C., 299 F.Supp. 545.

———◆———

Donald R. Johnston, Minneapolis, Minn., for petitioning creditors.

James B. Lund, Minneapolis, Minn., for alleged bankrupt.

## MEMORANDUM

LARSON, District Judge.

The case of Associated Electronic Supply Co. of Omaha v. C. B. S. Electronic Sales Corp., 288 F.2d 683 (8 Cir. 1961), states that a counterclaim may not be asserted as a basis for the recovery of a judgment for damages against a petitioning creditor. See also, Schreffler v. Schreffler, 155 F.2d 221, 222, 10 Cir., and decisions at United States v. Verrier, 179 F.Supp. 336 and In re Love B. Woods & Co., 222 F.Supp. 161.

## ORDER

The motion to dismiss Shuron Continental, Division of Textron, Inc., as a petitioning creditor has been dismissed by the Alleged Bankrupt.

The motion of the Alleged Bankrupt to amend its Amended Answer to assert a counterclaim against petitioning creditor Shuron Continental, Division of Textron, Inc., is denied.